# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CHOMA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEPUTY LAYNE ARNOLD, et al.,<br><br>　　　　　　　　Defendants. | Case No. CV 11-5906-DSF (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: 4/17/12

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE